| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Michael Simon |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the Central District of California | |
| Case number: | 8:18-bk-13722-TA |

Rec'd
FILED
JUN 29 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

FILED
AUG 05 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 10,969.08 |
|---|---|
| Claimant's Name: | Michael Simon |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 1624<br>Beaver, UT 84713<br>714/907-7711<br>mike.simon05@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
North Los Angeles Street Los
Angeles, CA 90012

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 06/24/2021

*/s/ Michael Simon/*
Signature of Applicant

Michael Simon
Printed Name of Applicant

Address: P.O. Box 1624
Beaver, UT 84713

Telephone: 714/907-7711

Email: mike.simon05@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF Utah
COUNTY OF Beaver

This Application for Unclaimed Funds, dated 6-24-21 was subscribed and sworn to before me this 25 day of June, 20 21 by

Michael Simon

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public */s/ Kristen Brown/*

KRISTEN KATHLEEN BROWN
NOTARY PUBLIC
STATE OF UTAH
MY COMM. EXPIRES FEB. 1, 2025
716505

My commission expires: February 1, 2025

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1813722 | Michael Simon | | XXX-XX-5237 | 10,969.08 | 0.00 | 10,969.08 |
| | ACCT: | Claim: 00000   UCI: | | | | |
| | | | TOTALS | 10,969.08 | 0.00 | 10,969.08 |

Michael Simon

BALANCE: 0.00    [0.00  104/00000]
SSN: XXX-XX-5237    SSN:
ACCT:                                        CASE: 1813722
PRINCIPAL:    10,969.08    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0303436

Jan 08, 2021

VOID 90 DAYS FROM DATE

****$10,969.08

PAY    Ten Thousand Nine Hundred Sixty Nine And 08 / 100 Dollars

TO THE
ORDER OF
U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0303436⑈ ⑆061100790⑆ 000000575186 2⑈



Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200

**United States Bankruptcy Court**
**Central District of California**

Michael Simon                ) Chapter 13
                             )
                             ) Case No.: 8:18-bk-13722-TA
                             )
                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                             ) **(Bankruptcy Rule 3011)**
                             )
                             )
                             )
                             )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303436** in the sum of **$10,969.08** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

Michael Simon
PO BOX 1624
BEAVER, UT 84713

Date: January 14, 2021          /S/
                                Amrane Cohen, Chapter 13 Standing Trustee

1

